UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

JAQUELINE WINSTON, individually, and on behalf of all others similarly situated,

       Plaintiff,

v.

CITY OF SYRACUSE, and
DEBORA SOMERS in her official capacity as the Commissioner of Water,

       Defendants.

**NOTICE OF MOTION**

Civil Action No. 5:16-cv-0235
(TJM/ATB)

---

| | |
|---|---|
| Motion By: | All above-captioned Defendants |
| Time and Place of Hearing: | May 9, 2016 at 10:00 a.m. before Senior District Court Judge Thomas J. McAvoy, to be held at the United States District Courthouse at the James T. Foley Courthouse, 445 Broadway, Albany, New York 12207 |
| Relief and Basis: | Motion for Judgment on the Pleadings pursuant to Federal Rule of Civil Procedure 12(c). |
| Supporting Papers: | 1. Affirmation of John A. Sickinger with Exhibits A-B.<br>2. Affidavit of Diane Desormeaux<br>3. Memorandum of Law |

{H2060126.1}

1

REQUEST FOR ORAL ARGUMENT

The Defendants respectfully request oral argument.

Dated: April 4, 2016                                    Respectfully submitted,
       Syracuse, New York

                                                        THE OFFICE OF THE
                                                        CORPORATION COUNSEL
                                                        OF THE CITY OF SYRACUSE


                                        By:        s/ John A. Sickinger
                                                JOHN A. SICKINGER, ESQ.
                                                Assistant Corporation Counsel
                                                Bar Roll No.: 513595
                                                300 City Hall
                                                233 East Washington Street
                                                Syracuse, New York 13202
                                                Tel: (315) 448-8400
                                                jsickinger@syrgov.net