

*Making Justice Accessible*

March 6, 2016

VIA ECF

Hon. Thomas J McAvoy
Senior District Court Judge
Northern District of New York
Federal Building and U.S. Courthouse
15 Henry St
Binghamton, NY 13901

Re:   Winston v. City of Syracuse et al.
      16-CV-00235(TJM)(ATB)

Dear Judge McAvoy:

    I am writing to respectfully request the Court dismiss plaintiff's remaining claims in the above referenced matter with prejudice pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure 41. Following this Court's September 8, 2016 Order plaintiff was left with as applied Equal Protection and Substantive Due Process Fourteenth Amendment claims. During discovery it became apparent that judicial economy and the parties' best interests would be served by dismissing these claims with prejudice and proceeding with an appeal of this Court's previous Order. I have spoken with counsel for the defendants and he consents to the granting of this request.

 Thank you for your attention to this matter.

                                        Respectfully submitted,

                                        /s/ Josh Cotter

                                        Josh Cotter
                                        Staff Attorney

cc: John Sickinger, Esq



A member of the JUSTICE ALLIANCE OF CENTRAL NEW YORK

**LEGAL SERVICES OF CENTRAL NEW YORK**
221 South Warren Street • Suite 300 • Syracuse, New York 13202 • PH: (315) 703-6500 • Toll Free: (866) 475-9967
TTY: (866) 475-3120 • FX: (315) 703-6520 (NOT FOR SERVICE OF PROCESS) • lscny.org