**NORTHERN DISTRICT OF NEW YORK**

JACQUELINE WINSTON, individually and on behalf of
all others similarly situated,

**Plaintiff,**

5:16-cv-0235 (TJM/ATB)

-vs-

CITY OF SYRACUSE and DEBORAH SOMERS in her
Official capacity as Commissioner of Water.

**Defendants.**

**STIPULATION AND ORDER OF DISMISSAL**

Pursuant to Rule 41 of the Federal Rules of Civil Procedure, it is hereby stipulated and agreed between the parties to the above entitled action, through their respective attorneys, that the remaining claims of plaintiff Jacqueline Winston against defendants the City of Syracuse and Deborah Somers be dismissed in their entirety with prejudice without costs to any party. All counsel certify that no party hereto is an infant or incompetent.

Dated: 3-28-17

_____
Legal Services of Central New York, Inc.
Joshua Cotter, of counsel (518217)
Attorney for the Plaintiff
221 S. Warren St., Suite 300
Syracuse, NY 13202

–1–

Dated: 3-28-2017

*[signature]*
City of Syracuse Office of Corporation Counsel
John A. Sickinger, of counsel (513595)
Senior Assistant Corporation Counsel
Attorney for Defendants
300 City Hall
233 East Washington St.
Syracuse, New York 13202

SO ORDERED:

Dated:

_____
THOMAS J. MCAVOY
Senior U.S. District Judge