UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
_____

JACQUELINE WINSTON,

                            Plaintiff,                       **NOTICE OF APPEAL**

   -vs-                                                   5:16-CV-235 (TJM/ATB)

CITY OF SYRACUSE and DEBORAH SOMERS in her
official capacity as Commissioner of Water

                            Defendants.
_____

      NOTICE is hereby given that the Plaintiff hereby appeals to the United States Court of Appeals for the Second Circuit from the Final Judgment and Order of U.S. District Senior Judge, Thomas J McAvoy, dated March 30, 2017 and from each and every part thereof.

Dated: April 10, 2017

                                                      Respectfully submitted,

                                                      /s/ Joshua T Cotter
                                                      Joshua T. Cotter, (518217)
                                                      Legal Services of Central New York, Inc.
                                                      Attorneys for Plaintiff
                                                      221 S. Warren St., Suite 300
                                                      Syracuse, New York 13202
                                                      Tel No:  (315) 703-6579
                                                      Jcotter@lscny.org