UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

# ELECTRONIC NOTICE OF CIVIL OR PRISONER APPEAL & CLERK'S CERTIFICATION

Dear Clerk of the Court,

      Please take notice that on April 10, 2017 the court received a notice of appeal. This notice serves to inform you of the pending appeal and provides you with the information needed to process the appeal.

      I, LAWRENCE K. BAERMAN, CLERK, U.S. District Court for the Northern District of New York, DO, HEREBY CERTIFY that the foregoing docket entries, with the exception of the documents listed below, are maintained electronically on the court's CM/ECF system and constitute the Record on Appeal in the below listed action.

      The following documents *are not* available electronically. Please notify the Binghamton Clerk's Office if you need any of the following documents:

Docket No.(s): ___

                                  IN TESTIMONY WHEREOF, I have hereunto set my hand and caused the Seal of said Court to be hereto affixed at the City of Binghamton, New York, this 10th day of April, 2017.

                                  Lawrence K. Baerman, Clerk

*Clerk of Court*

                                  By:    s/Kathy Rogers
                                                  Deputy Clerk

## Case Information

| | |
|---|---|
| Case Name & Case No. | Jacqueline Winston v. City of Syracuse and Deborah Somers  5:16-cv-235 (TJM/ATB) |
| Docket No. of Appeal: | 33 |
| Document Appealed: | 23 and 32 |

Fee Status:   Waived (IFP/CJA) X

Counsel:   Retained X

Time Status:  Timely ___      Untimely ___

Motion for Extension of Time:    Granted ___   Denied ___

Certificate of Appealability:   Granted ___   Denied ___   N/A ___

State Court Papers are being sent by UPS as of: _____